```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X          For Online Publication Only

ELIZABETH RODRIGUEZ,                                                       **ORDER**
                                                                           15–CV–7265 (JMA) (AYS)
                    Plaintiff,

               v.
                                                                           **FILED**
WELLS FARGO BANK, as Trustee                                               **CLERK**
for the Holders of Harborview 2006-12,
ESCHEN & FRENKEL, LLP,                                                     3/16/2017 3:37 pm

                                                                           **U.S. DISTRICT COURT**
                    Defendants.                                            **EASTERN DISTRICT OF NEW YORK**
                                                                           **LONG ISLAND OFFICE**
----------------------------------------------------------------X
```

**AZRACK, United States District Judge:**

Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Anne Y. Shields recommending (1) that the Court grant defendants' motions to dismiss this action as time-barred; (2) that the Court deny defendant Eschen & Frenkel LLP's request for attorney's fees; and (3) that the Court deny pro se plaintiff's motion to amend. In reviewing a magistrate judge's report and recommendation, a court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s] [are] made." 28 U.S.C. § 636(b)(1); see also Brown v. Ebert, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See Pall Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

The R & R was issued on February 16, 2017. None of the parties have objected to the R & R, and the time for filing objections has passed. Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts Judge

1

Shields's R & R, in its entirety, as the opinion of the Court.

The Clerk of Court is directed to close this case and mail a copy of this Order to the pro se plaintiff.

**SO ORDERED.**

Dated: March 16, 2017
Central Islip, New York

/s/     JMA
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE